**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| KATHY J. HAGAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A. d/b/a CAPITAL ONE AUTO FINANCE,<br><br>Defendant. | Case No. 6:20-cv-00222-JCB |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that KATHY J. HAGAN (the "Plaintiff"), CAPITAL ONE, N.A. d/b/a CAPITAL ONE AUTO FINANCE, (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: August 13, 2020

Respectfully submitted,

**KATHY J. HAGAN**

By: */s/ Mohammed Badwan*

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com