# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KATHY J. HAGAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A. d/b/a CAPITAL ONE AUTO FINANCE,<br><br>Defendant. | Case No. 6:20-cv-00222-JCB-KNM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KATHY J. HAGAN, and Defendant, CAPITAL ONE, N.A. d/b/a CAPITAL ONE AUTO FINANCE, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against CAPITAL ONE, N.A. d/b/a CAPITAL ONE AUTO FINANCE. The parties further stipulate to the dismissal of the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: September 28, 2020

KATHY J. HAGAN

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com

Respectfully Submitted,

CAPITAL ONE, N.A. d/b/a CAPITAL ONE AUTO FINANCE

*/s/ Holly Ann Priest (with consent)*
Holly Ann Priest
BALLARD SPAHR LLP
1980 Festival Plaza Drive
Suite 900
Las Vegas, NV 89135
+1 702-471-7000
priesth@ballardspahr.com